UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KEITH CONFUSIONE and RANDOLPH BRANNIGAN,
on behalf of themselves and all others similarly situated,

                                                  Plaintiffs,

                  -against-

AUTOZONERS, LLC,

                                    Defendant.
------------------------------------------------------------------------X

Docket No. 21-cv-00001
(JMA) (AYS)

## STIPULATION PERMITTING PLAINTIFFS TO FILE AMENDED COMPLAINT

        IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs and Defendant, through their undersigned counsel, that Plaintiffs shall be permitted to file an Amended Complaint in the above-captioned action to add NEAL HYNEMAN as a named Plaintiff.

        IT IS HEREBY STIPULATED AND AGREED that a facsimile or PDF copy of this stipulation shall be treated with the same force and effect as an original copy of this stipulation.

Dated: Hauppauge, New York
       October  6 , 2021

Dated: Miami, Florida
October 6, 2021

LAW OFFICE OF PETER A. ROMERO PLLC
*Attorneys for Plaintiffs*
490 Wheeler Road, Suite 250
Hauppauge, New York 11788
Tel.: (631) 257-5588

JONES WALKER LLP
*Attorneys for Defendant*
201 South Biscayne Boulevard, Suite 3000
Miami, Florida 33131
Tel.: (305) 679-5728

_____
DAVID D. BARNHORN, ESQ.
PETER A. ROMERO, ESQ.

*/s/ Laurie M. Riley*
_____
LAURIE M. RILEY, ESQ.
TRACEY E. KERN, ESQ.

1