UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Keith Confusione,et al

|  |  |
|---|---|
| Plaintiff(s), | **INITIAL CONFERENCE ORDER** |
| -against- | CV 21-00001 (JMA) (AYS) |
| Autozoners, LLC |  |
| Defendant(s). |  |

--------------------------------------------------------X

**SHIELDS, Magistrate Judge:**

**Conference Date:**    **7/5/22 at 11:00 AM. The parties are directed to call the ATT teleconferencing center at (877) 810-9415 and to enter Access Code 9005911 when prompted.**  The parties are directed to confirm the date and time of this conference with each other.  In the event that an adjournment is requested, any such request must be made pursuant to this Court's individual rules regarding adjournments and must be electronically filed as a "Motion," and not as a letter.

The above captioned matter has been assigned to United States Magistrate Judge Anne Y. Shields for the purposes of scheduling discovery, resolution of discovery disputes, settlement conferences, and any other purpose set forth in 28 U.S.C. §636(b)(1)(A).  Counsel for each represented party and any party proceeding without an attorney (a "*pro se*" party) must appear in person for an initial conference at the date and time indicated above.

Prior to the conference all counsel and/or *pro se* parties are directed to meet and confer regarding the discovery needs of this case, including a discussion of the exchange of electronically stored information ("ESI") and to prepare a proposed discovery plan.  To assist in this process, the Court attaches to this Order a "Discovery Plan Worksheet" that must be completed and submitted to the Court via ECF, at least two days prior to the conference.  The Worksheet sets forth a date for completion of all discovery.  The parties are directed to establish reasonable interim discovery deadlines to meet the needs of their case.  At the conference, the Court will consider the parties' suggested deadlines and, upon consideration of the rules and practices of the assigned District Judge, enter an appropriate scheduling order.

Dated:  Central Islip, New York
　　　　May 10th, 2022                                          SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Anne Y. Shields
　　　　　　　　　　　　　　　　　　　　　　　ANNE Y. SHIELDS
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

# DISCOVERY PLAN WORKSHEET
**Tier I Pre-Settlement Discovery**
**TO BE COMPLETED IN ALL CASES**

Deadline for completion of Rule 26(a)
initial disclosures and HIPAA-
complaint records authorizations:                                   _____

Completion date for
Phase I Discovery as                                                _____
agreed upon by the
parties:
(*See paragraph 7 of joint letter requirement*)

Status conference TBD by the court:                                 _____
(*Generally 15 days post Tier I Discovery*)

## Tier II Discovery and Motion Practice

Motion to join new parties or amend the pleadings:
*(Presumptively 15 days post status conference)*                    _____

All fact discovery completed                                        _____
by: *(Presumptively 9 months
after deadline for joining
parties/amend the pleadings)*

Expert discovery                                                    _____
completed by:
*(Presumptively 3 months
after close of fact
discovery)*

Final date to take first step in dispositive
motion practice: *(Parties are directed to*                         _____
*consult the District Judge's individual
rules regarding such motion practice.
(Presumptively 30 days after close of
discovery)*

Joint Proposed
Pretrial Order to                                                   _____
be submitted:
(*30 days after dispositive motion
practice deadline*)