

Laurie M. Riley
D: 305.679.5728
F: 305.679.5816
lriley@joneswalker.com

May 15, 2023

<u>*Via ECF*</u>

The Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza, Courtroom 840
Central Islip, New York 11722

Re:   *Keith Confusione, Randolph Brannigan, and Neal Hyneman v. AutoZoners, LLC,*
      Case No.: 2:21-cv-00001-JMA-AYS

Dear Magistrate Judge Shields:

We represent Defendant AutoZoners, LLC ("AutoZone"), but this letter is sent on behalf of both AutoZone and the Plaintiffs. We submit this joint status report pursuant to the Court's Docket Text Scheduling Order, entered on March 14, 2023 which set a status conference for May 22, 2023. The parties are engaged in discovery. As a result, the parties request that the May 22, 2023 status conference be postponed for approximately 60 days and be re-set for a date after July 10, 2023.

Respectfully submitted,

Laurie M. Riley